# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LADONNA NEWTON, ) <br> Individually and on Behalf of All Others ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> REALPAGE, INC. d/b/a LEASING ) <br> DESK SCREENING, ) <br> **Defendant.** ) | Case No. 5:18-cv-06141 |

## AMENDED DESIGNATION OF MEDIATOR CERTIFICATE

The undersigned hereby certify that an outside mediator has been selected in accordance with the Mediation and Assessment Program for the United States District Court for the Western District of Missouri. Phil Miller, has been selected by the parties to act as outside mediator. The mediation will take place at the Miller's office located at 5401 Brookside Blvd., Kansas City, MO 64112, (816)-333-5477 on February 18, 2019.

Respectfully submitted,

/s/ Jayson A. Watkins
C. Jason Brown        MO # 49952
Jayson A. Watkins    MO # 61434
Brown & Watkins, LLC
301 S. US 169 Hwy
Gower, MO 64454
(816) 424-1390 telephone
(816) 424-1337 facsimile
brown@brownandwatkins.com
watkins@brownandwatkins.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Jayson A. Watkins<br>
Attorney for Plaintiff