# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LADONNA NEWTON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No.: 5:18-cv-06141-BP |
| | ) |
| REALPAGE, INC. d/b/a LEASING DESK SCREENING, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to the dismissal of all claims against Defendant with prejudice. Each party must bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| **BROWN & WATKINS, LLC** | **TROUTMAN SANDERS** |
| By: /s/ Jayson A. Watkins | By: /s/ Ronald I. Raether, Jr. |
| C. Jason Brown, MO 49952 | Ronald I. Raether, Jr., Pro Hac Vice |
| Jayson A. Watkins MO 61434 | 5 Park Plaza, Suite 1400 |
| 301 S. US 169 Hwy | Irvine, CA 92614 |
| Gower MO 64454 | Tel: 949-622-2700 |
| Tel: 816-505-4529 | ron.raether@troutman.com |
| Fax: 816-424-1337 | |
| brown@brownandwatkins.com | |
| watkins@brownandwatkins.com | ATTORNEYS FOR DEFENDANT |
| | |
| ATTORNEYS FOR PLAINTIFF | |