# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| LADONNA NEWTON, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No.: 5:18-cv-06141-BP ) |
| REALPAGE, INC. d/b/a LEASING DESK SCREENING, | ) ) ) |
| Defendant. | ) ) |

## CLERK'S ORDER OF DISMISSAL

On the 21ST day of February, 2019, the parties herein having filed a Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
   /s/ **Kelly McIlvain**
Deputy Clerk

Date: 2/22/2019